**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Marcelo S.-M.,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-3441 (MJD/JFD)

Leah C. Janis, Fredrickson & Byron, Counsel for Petitioner.

Carl Berry, Assistant United States Attorney, Counsel for Respondents.

On September 14, 2026, Respondents filed notice that Petitioner was scheduled for a bond hearing on September 15 at 8:30 a.m. On September 16, Respondents informed the Court that Petitioner was denied bond because the immigration judge found Petitioner a continued danger to the community based on drunk driving issues and a flight risk. [Doc. 11-1 at 1.] Petitioner was granted voluntary removal under safeguards to Mexico. [Id.] Petitioner reserved his right to appeal to the Board of Immigration Appeals. [Id. at 2.] Any appeal is due October 15, 2026. [Id.]

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Marcelo S.-M.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 29, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court